THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OBERTO SAUSAGE COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.: 15-cv-1221-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ENDURANCE AMERICAN INSURANCE COMPANY** |

## STIPULATION

Plaintiff Oberto Sausage Company, and defendant, Endurance American Insurance Company, by and through their respective counsel, hereby stipulate and agree that all claims which have been or could have been asserted in this action have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice and without costs to any party.

**DATED** this 21st day of July, 2017.

\\

\\

STIPULATION AND
ORDER OF DISMISSAL - 1

(15-cv-1221-RSM)

**LAW OFFICES OF**
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL<br>** *via email authority 07/21/17* | NICOLL BLACK & FEIG PLLC |
| /s/  Matthew F. Pierce<br>Dale L. Kingman, WSBA No. 07060<br>Matthew F. Pierce, WSBA No. 34019<br>Chelsey L. Mam, WSBA No. 44609<br>*Attorneys for Plaintiff Oberto Sausage Company* | /s/ Christopher W. Nicoll<br>Christopher W. Nicoll, WSBA No. 20771<br>Shannon L. Trivett, WSBA No. 46689<br>*Attorneys for Defendant Endurance American Insurance Company* |

**ORDER**

IT IS SO ORDERED.

DATED this 24 day of July, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND
ORDER OF DISMISSAL - 2

(15-cv-1221-RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515